## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ABDULAZIZ HAMAD ALHOMEDEY,  Plaintiff,  v.  ANN MARIE JORDAN-STARKS, et al.  Defendants. | Case No. 4:19-cv-176-JCH |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants reversed their prior denial of Plaintiff's long-pending green card application. Plaintiff has been granted lawful permanent resident status by the Defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the instant action with prejudice.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ James. O. Hacking, III
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC